neys General, for appellant. BALL & SAMFORD and RUSHTON, WILLIAMS & CRENSHAW, for appellee.

SAYRE, J.—Affirmed on the authority of *State, ex rel. Daly v. Henderson, Governor, infra*, 74 South. 951.

---

### WEST v. CLARK.

(Decided April 17, 1917. 74 South. 1006.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

No counsel marked for appellant. JOHN LONDON, for appellee.

PER CURIAM.—Appeal dismissed for want of prosecution.

---

### WESTERN UNION TELEGRAPH CO. v. L. & N. R. R. CO.

(Decided June 30, 1916. Rehearing denied February 15, 1917. 74 South. 1006.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

ALBERT T. BENEDICT, FRANCIS R. STARK, RUSHTON, WILLIAMS & CRENSHAW and FORNEY JOHNSTON, for appellant. DORTCH, MARTIN & ALLEN, for appellee.

PER CURIAM.—Affirmed on the authority of *Louisville & Nashville Railroad Company v. Western Union Telegraph Company*, 195 Ala. 124, 71 South. 118.

---

### WESTERN UNION TELEGRAPH CO. v. L. & N. R. R. CO.

(Decided February 15, 1917. 74 South. 1006.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

ALBERT T. BENEDICT, FRANCIS R. STARK, RUSHTON, WILLIAMS & CRENSHAW and FORNEY JOHNSTON for appellant. GOODWYN & McINTYRE and JONES, THOMAS & FIELDS for appellee.

PER CURIAM.—Affirmed on the authority of *L. & N. R. R. Company v. Western Union Telegraph Company*, 195 Ala. 124, 71 South. 118.

---

### WESTERN UNION TELEGRAPH CO. v. L. & N. R. R. CO.

(Decided February 15, 1917. 74 South. 1006.)

APPEAL from Limestone Circuit Court.

Heard before Hon. ROBERT C. BRICKELL.